MATTHEW W. HOFFMANN, ESQ.
Nevada Bar No. 009061
ATKINSON WATKINS & HOFFMANN, LLP
d/b/a BATTLE BORN INJURY LAWYERS
10789 W. Twain Ave., Suite 100
Las Vegas, NV  89135
Telephone: 702-562-6000
Facsimile: 702-562-6066
Email: mhoffmann@awhlawyers.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE MORGAN, an individual; | CASE NO.:  2:24-CV-00329-RFB-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| LM GENERAL INSURANCE COMPANY; and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff, BRUCE MORGAN (hereinafter "Plaintiff"), by and through his counsel of record, MATTHEW W. HOFFMANN, ESQ. of the law firm of ATKINSON WATKINS & HOFFMANN, LLP d/b/a BATTLE BORN INJURY LAWYERS, and Defendant, LM GENERAL INSURANCE COMPANY (hereinafter "Defendant"), by and through its counsel of record, RYAN L. DENNETT, ESQ. and MATTHEW J. WAGNER, ESQ., of the law firm of DENNETT WINSPEAR, LLP, and hereby stipulate and agree that this case be dismissed, with prejudice, and that each party bear its own attorneys' fees and/or costs.

. . .

. . .

. . .

. . .

. . .

Entry of this Stipulation and Order will result in the dismissal of the entire action, with prejudice, as to all Defendants.

DATED this _25th_ day of __February__, 2025.    DATED this _25th_ day of __February__, 2025.

**ATKINSON WATKINS & HOFFMANN, LLP**    **DENNETT WINSPEAR, LLP**
**d/b/a BATTLE BORN INJURY LAWYERS**

_/s/ Matthew W. Hoffmann, Esq._    _/s/ Matthew J. Wagner, Esq._

MATTHEW W. HOFFMANN, ESQ.    RYAN L. DENNETT, ESQ.
Nevada Bar No.:9061    Nevada Bar No.: 5617
10789 W. Twain Avenue, Ste. 100    MATTHEW J. WAGNER, ESQ.
Las Vegas, NV 89135    Nevada Bar No.: 11311
Attorney of Plaintiff,    3301 N. Buffalo Drive, Ste. 195
_Bruce Morgan_    Las Vegas, NV 89129
    Attorney for Defendant,
    _LM General Insurance Company_

**Case Name: Bruce Morgan v. LM General Insurance Company, et al.**
**Case No.: 2:24-CV-00329-RFB-EJY**

## ORDER

Pursuant to the foregoing Stipulation, and good cause showing therefore:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and the same is hereby dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

DATED this 27 day of February, 2025.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **From:** | Matt Wagner |
| **To:** | Lina Leiwalo; Ryan Dennett |
| **Cc:** | Matthew Hoffmann; Nancy Ray; Theresa Amendola |
| **Subject:** | RE: Morgan v. Liberty Mediation |
| **Date:** | Tuesday, February 25, 2025 7:05:24 AM |
| **Attachments:** | image001.png |

You can affix my signature.

**MATTHEW J. WAGNER, ESQ.**
DENNETT WINSPEAR
**Direct Line/Text:** (702) 781-2775
**Main Office Line:** (702) 839-1100
**Mailing Address:** 3301 N. Buffalo Drive, Suite 195, Las Vegas, NV 89129

**From:** Lina Leiwalo <Lina@awhlawyers.com>
**Sent:** Monday, February 24, 2025 5:07 PM
**To:** Matt Wagner <mwagner@dennettwinspear.com>; Ryan Dennett
<rdennett@dennettwinspear.com>
**Cc:** Matthew Hoffmann <mhoffmann@awhlawyers.com>
**Subject:** RE: Morgan v. Liberty Mediation

Good evening Counsel:

Our office has received the settlement check for this one. Therefore, please see attached
Stipulation of dismissal for your review. Please advise of any changes to be made, should
there be no changes, please let me know if I have your permission to affix your electronic
signature.

Thank you,

Lina L.

Paralegal



DBA of Atkinson Watkins
& Hoffmann LLP

10789 W. Twain Avenue, Ste. 100

Las Vegas, NV 89135

O: (702) 562-6000

F: (702) 562-6066

www.battleborninjurylawyers.com

**From:** Matt Wagner <mwagner@dennettwinspear.com>
**Sent:** Thursday, February 13, 2025 1:53 PM
**To:** Lina Leiwalo <Lina@awhlawyers.com>
**Cc:** Matthew Hoffmann <mhoffmann@awhlawyers.com>
**Subject:** RE: Morgan v. Liberty Mediation

Received. I was told the check had been issued, so it should arrive any day.

MATTHEW J. WAGNER, ESQ.
DENNETT WINSPEAR
**Direct Line/Text:**  (702) 781-2775
**Main Office Line:**  (702) 839-1100
**Mailing Address:**  3301 N. Buffalo Drive, Suite 195, Las Vegas, NV 89129

---

**From:** Lina Leiwalo <Lina@awhlawyers.com>
**Sent:** Thursday, February 13, 2025 12:26 PM
**To:** Matt Wagner <mwagner@dennettwinspear.com>
**Cc:** Matthew Hoffmann <mhoffmann@awhlawyers.com>
**Subject:** RE: Morgan v. Liberty Mediation

Good afternoon Mr. Wagner,

Please see attached executed Settlement Release and CMS Form for your records.

Should you have any questions and/or concerns, please do not hesitate to contact our office.

Thank you,

Lina L.
Paralegal



10789 W. Twain Avenue, Ste. 100
Las Vegas, NV 89135
O: (702) 562-6000
F: (702) 562-6066
www.battleborninjurylawyers.com

**From:** Matt Wagner <mwagner@dennettwinspear.com>
**Date:** Tuesday, February 4, 2025 at 11:57 AM
**To:** J. Keating <jkeating@keatinglg.com>, Matthew Hoffmann
<mhoffmann@awhlawyers.com>
**Cc:** Amy Ebinger <aebinger@keatinglg.com>
**Subject:** RE: Morgan v. Liberty Mediation

John and Matt,
I just talked with Liberty Mutual claims and they gave the okay to settle this for $180,000.
John, thanks again for your help working this out with the parties yesterday. Matt, thanks
to you and Mr. Morgan for your cooperation in getting this done.

Matt, I've attached a release, Medicare affidavit, and Optum lien notice for Mr. Morgan. I
know releases aren't generally needed for UIM claims, but I'm attaching it because I said
I would. If you're able to return it signed, great. If your office could at least send the
Medicare confirmation back, that would be helpful. I know we have a W9 for you, but if
you could let me know the specific payment instructions, I'll get those over to the carrier
asap so they can issue the check. Let me know if you have any questions.

MATTHEW J. WAGNER, ESQ.
DENNETT WINSPEAR
**Direct Line/Text:**  (702) 781-2775
**Main Office Line:**  (702) 839-1100
**Mailing Address:**  3301 N. Buffalo Drive, Suite 195, Las Vegas, NV 89129

---

**From:** J. Keating <jkeating@keatinglg.com>
**Sent:** Monday, February 3, 2025 4:49 PM
**To:** Matt Wagner <mwagner@dennettwinspear.com>; mhoffman@awhlawyers.com
**Cc:** Amy Ebinger <aebinger@keatinglg.com>
**Subject:** Morgan v. Liberty Mediation

Dear Counsel,

Thank you for your efforts today at mediation. While we were unable to resolve the case today,
this will confirm that plaintiff counsel is willing to resolve the case in the amount of $180,000
and that this offer will remain open until close of business on 2/10/25.

Matt Wagner—please let me know once you hear back from Liberty. Have a good evening
everyone.

John Keating
Keating Law Group
9130 W. Russell Road Suite 200

Las Vegas, Nevada 89148
jkeating@keatinglg.com